IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,            )
                             )    2:08-cv-02691-GEB-GGH
          Plaintiff,         )
                             )
     v.                      )    ORDER RE: SETTLEMENT
                             )    AND DISPOSITION
RED/ASSOCIATES INVESTMENTS LTD, )
d/b/a Richard Stuttgart Motors; )
CARL M. LAI   , Trustee of the  )
Carl M. Lai Family Trust; MARTHA L.)
LAI, trustee of the Carl M. Lai  )
Family Trust,                )
                             )
          Defendants.        )
_____)
```

A Notice of Settlement was filed on February 12, 2009, in which it is stated "the parties have settled this action." Therefore, a dispositional document shall be filed no later than March 4, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for March 2, 2009, is rescheduled to commence at 9:00 a.m., on April 13, 2009, in the event that no dispositional document is filed, or if this action is

1  not otherwise dismissed.  Further, a joint status report shall be
2  filed fourteen days prior to the status conference.[1]

3  Dated:  February 19, 2009

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removing it from the calendar.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2